**SPEARS & IMES LLP**
Joanna C. Hendon
Alicia K. Amdur
Spears & Imes LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 213-6996
Facsimile: (212) 213-0849

*Attorneys for Defendant High Yield Fund I, a Series of Principal Funds, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, et al.,<br><br>         Debtors. | Chapter 11<br><br>Case No. 09-50026 (MG)<br><br>(Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee,<br><br>         Plaintiff,<br><br>     -against-<br><br>JPMORGAN CHASE BANK, N.A. *et al.*,<br><br>         Defendants. | Adversary Proceeding<br>No. 09-00504 (MG) |

## RULE 7007.1 DISCLOSURE

   Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendant High

Yield Fund I, a series of Principal Funds, Inc. ("High Yield Fund I"), misnamed in the First

Amended Adversary Complaint as "Lehman Principal Investors Fund, Inc. – High Yield Fund," by and through its attorneys, certifies the following:

High Yield Fund I is a series of Principal Funds, Inc., a registered investment company organized under the laws of Maryland. Principal Trust Company and Principal Life Insurance Company each directly owns 10% or more of the equity interests in High Yield Fund I.

Dated: New York, New York
July 27, 2016

Respectfully submitted,

By: /s/ Joanna C. Hendon
Joanna C. Hendon (jhendon@spearsimes.com)
Alicia K. Amdur (aamdur@spearsimes.com)
SPEARS & IMES LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 213-6996
Facsimile: (212) 213-0849

*Attorneys for Defendant High Yield Fund I, a series of Principal Funds, Inc.*