UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | Case No. 09-50026 (MG) |
| Debtors. | ) | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | ) | Adversary Proceeding<br><br>Case No. 09-00504 (MG) |
| Plaintiff, | ) | |
| v. | ) | |
| JPMORGAN CHASE BANK, N.A., *et al.*, | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER DISMISSING CROSS-CLAIMS AGAINST JPMORGAN CHASE BANK, N.A. BY ARES IIIR/IVR CLO LTD., ARES VR CLO LTD., AND ARES ENHANCED LOAN INVESTMENT STRATEGY III, LTD.**

**IT IS HEREBY STIPULATED AND AGREED**, by and among undersigned counsel, as follows:

1. Ares IIIR/IVR CLO Ltd., Ares VR CLO Ltd., and Ares Enhanced Loan Investment Strategy III, Ltd. dismiss with prejudice the cross-claims they asserted against defendant JPMorgan Chase Bank, N.A. contained in ECF Doc. # 241, dated November 16, 2015.

2. The cross-claims against defendant JPMorgan Chase Bank, N.A. by the other Term Loan Lender Defendants are not affected by this order.

| | |
|---|---|
| Dated:  New York, New York<br>December 11, 2017<br>**KELLEY DRYE & WARREN LLP**<br>By:  /s/ John M. Callagy<br>    John M. Callagy<br>    Nicholas J. Panarella<br>    Martin A. Krolewski<br>    101 Park Avenue<br>    New York, New York  10178<br>    Telephone:  (212) 808-7800<br>    Email:  jcallagy@kelleydrye.com<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>By: /s/ C. Lee Wilson<br>    Harold S. Novikoff<br>    Marc Wolinsky<br>    Amy R. Wolf<br>    Carrie M. Reilly<br>    C. Lee Wilson<br>    51 West 52nd Street<br>    New York, New York  10019<br>    Telephone:  (212) 403-1000<br>    Facsimile:  (212) 403-2000<br>    Email:  MWolinsky@wlrk.com<br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* | Dated:   Los Angeles, California<br>December 11, 2017<br>**JONES DAY**<br>By:   /s/ Christopher J. DiPompeo<br>    Bruce Bennett (*pro hac vice*)<br>    Erin L. Burke (*pro hac vice*)<br>    555 South Flower Street, 50th Floor<br>    Los Angeles, California  90071<br>    Telephone:  (213) 489-3939<br>    Email:  bbennett@jonesday.com<br>    Email:  eburke@jonesday.com<br>    Gregory M. Shumaker (*pro hac vice*)<br>    Christopher J. DiPompeo (*pro hac vice*)<br>    51 Louisiana Avenue, N.W.<br>    Washington, D.C.  20001<br>    Telephone:  (202) 879-3939<br>    Email:  gshumaker@jonesday.com<br>    Email:  cdipompeo@jonesday.com<br>*Attorneys for Ares IIIR/IVR CLO Ltd., Ares VR CLO Ltd., and Ares Enhanced Loan Investment Strategy III, Ltd.. for purposes of defending against claims brought by the Avoidance Action Trust*<br>**MUNGER, TOLLES & OLSON LLP**<br>By:  /s/ Bradley R. Schneider<br>    John W. Spiegel (*pro hac vice*)<br>    Matthew A. Macdonald (*pro hac vice*)<br>    Bradley R. Schneider (*pro hac vice*)<br>    350 South Grand Avenue, 50th Floor<br>    Los Angeles, California  90071<br>    Telephone:  (213) 683-9100<br>    Email:  john.spiegel@mto.com<br>    Email:  matthew.macdonald@mto.com<br>    Email:  bradley.schneider@mto.com<br><br>*Attorneys for Ares IIIR/IVR CLO Ltd., Ares VR CLO Ltd., and Ares Enhanced Loan Investment Strategy III, Ltd..* |

**IT IS SO ORDERED.**

Dated:  December 13, 2017
    New York, New York

    /s/ Martin Glenn
    MARTIN GLENN
    United States Bankruptcy Judge