**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (MG) |
| Debtors. | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | Adversary Proceeding |
| | Case No. 09-00504 (MG) |
| Plaintiff, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME
TO FILE CROSS-CLAIMS AGAINST JPMORGAN CHASE BANK, N.A.
BY BTG PACTUAL**

This Stipulation is entered into by and between defendant BTG Pactual Chile S.A. Administradora General De Fondos ("BTG Pactual") and defendant JPMorgan Chase Bank, N.A. ("JPMCB").

**WHEREAS**, on March 31, 2017, BTG Pactual filed cross-claims against JPMCB (ECF Doc. # 913) ("BTG Pactual Cross-Claims").

**WHEREAS**, on October 24, 2017, the parties filed a stipulation and [proposed] order between BTG Pactual and JPMCB whereby BTG Pactual dismissed, without prejudice, the BTG Pactual Cross-Claims, and BTG Pactual and JPMCB agreed that if BTG Pactual refiled cross-

claims on or before January 31, 2018, the refiled cross-claims would be treated as if such cross-claims were filed on March 31, 2017 (ECF Doc. # 1024).

**WHEREAS**, BTG Pactual and JPMCB wish to further extend the deadline for BTG Pactual to refile cross-claims.

**IT IS HEREBY STIPULATED AND AGREED**, by and among undersigned counsel, as follows:

1. BTG Pactual and JPMCB expressly reserve and preserve any and all rights and defenses each had with respect to the BTG Pactual Cross-Claims as of March 31, 2017.

2. If BTG Pactual refiles cross-claims on or before April 2, 2018, the refiled cross-claims will be treated as if such cross-claims were filed in the Adversary Proceeding on March 31, 2017.

3. BTG Pactual and JPMCB may stipulate between and among themselves to further extensions of the deadline for BTG Pactual to refile cross-claims on the same terms set out herein without the need for a court order.

Dated: January 30, 2018

**KELLEY DRYE & WARREN LLP**

By: /s/ John M. Callagy
    John M. Callagy
    Nicholas J. Panarella
    Martin A. Krolewski
    101 Park Avenue
    New York, New York 10178
    Telephone: (212) 808-7800
    Email: jcallagy@kelleydrye.com

**WACHTELL, LIPTON, ROSEN & KATZ**

By: /s/ C. Lee Wilson
    Harold S. Novikoff
    Marc Wolinsky
    Amy R. Wolf
    Carrie M. Reilly
    C. Lee Wilson
    51 West 52nd Street
    New York, New York 10019
    Telephone: (212) 403-1000
    Facsimile: (212) 403-2000
    Email: MWolinsky@wlrk.com

*Attorneys for Defendant and Cross-Claim Defendant JPMorgan Chase Bank, N.A.*

Dated: January __, 2018

**BEYS LISTON & MORBARGHA LLP**

By: /s/ Joshua D. Liston
    Joshua D. Liston
    825 Third Avenue, 2nd Floor
    New York, New York 10022
    Telephone: (646) 755-3600
    Email: jliston@blmllp.com

*Attorney for Defendant and Cross-Claimant BTG Pactual Chile S.A. Administradora General De Fondos*

**IT IS SO ORDERED.**

Dated: February 1, 2018
    New York, New York

                    **/s/ Martin Glenn**
                    MARTIN GLENN
            United States Bankruptcy Judge