**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | Case No. 09-50026 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| MOTORS LIQUIDATION COMPANY | ) | |
| AVOIDANCE ACTION TRUST, by and through | ) | Adversary Proceeding |
| Wilmington Trust Company, solely in its capacity as | ) | |
| Trust Administrator and Trustee, | ) | Case No. 09-00504 (MG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JPMORGAN CHASE BANK, N.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION EXTENDING TIME TO FILE CROSS-CLAIMS AGAINST**
**JPMORGAN CHASE BANK, N.A. BY BTG PACTUAL**

This Stipulation is entered into by and between defendant BTG Pactual Chile S.A.

Administradora General De Fondos ("BTG Pactual") and defendant JPMorgan Chase Bank,

N.A. ("JPMCB").

**WHEREAS**, on March 31, 2017, BTG Pactual filed cross-claims against JPMCB

(ECF No. 913) ("BTG Pactual Cross-Claims").

**WHEREAS**, on February 1, 2018, the Court so ordered the stipulation between

BTG Pactual and JPMCB whereby BTG Pactual dismissed, without prejudice, the BTG Pactual

Cross-Claims, and BTG Pactual and JPMCB agreed that if BTG Pactual refiled cross-claims on

or before January 31, 2018, the refiled cross-claims would be treated as if such cross-claims were filed on March 31, 2017 (ECF No. 1045).

**WHEREAS**, on February 1, 2018, the Court so ordered the stipulation whereby BTG Pactual and JPMCB agreed to further extend the deadline for BTG Pactual to refile cross-claims to April 2, 2018, on the terms set forth therein (ECF No. 1046).

**WHEREAS**, BTG Pactual and JPMCB wish to further extend the deadline for BTG Pactual to refile cross-claims.

**IT IS HEREBY STIPULATED AND AGREED**, by and among undersigned counsel, as follows:

1.    BTG Pactual and JPMCB expressly reserve and preserve any and all rights and defenses each had with respect to the BTG Pactual Cross-Claims as of March 31, 2017.

2.    If BTG Pactual refiles cross-claims on or before December 31, 2018, the refiled cross-claims will be treated as if such cross-claims were filed in the Adversary Proceeding on March 31, 2017.

3.    BTG Pactual and JPMCB may stipulate between and among themselves to further extensions of the deadline for BTG Pactual to refile cross-claims on the same terms set out herein without the need for a court order.

Dated:    April 2, 2018

**KELLEY DRYE & WARREN LLP**

By:    /s/ John M. Callagy
       John M. Callagy
       Nicholas J. Panarella
       Martin A. Krolewski
       101 Park Avenue
       New York, New York  10178
       Telephone:  (212) 808-7800
       Email:  jcallagy@kelleydrye.com

**WACHTELL, LIPTON, ROSEN & KATZ**

By:    /s/ Amy R. Wolf
       Harold S. Novikoff
       Marc Wolinsky
       Amy R. Wolf
       Carrie M. Reilly
       51 West 52nd Street
       New York, New York  10019
       Telephone:  (212) 403-1000
       Facsimile:  (212) 403-2000
       Email:  MWolinsky@wlrk.com

*Attorneys for Defendant and Cross-Claim*
*    Defendant JPMorgan Chase Bank, N.A.*

Dated:    April 2, 2018

**BEYS LISTON & MOBARGHA LLP**

By:    /s/ Joshua D. Liston
       Joshua D. Liston
       825 Third Avenue, 2nd Floor
       New York, New York 10022
       Telephone:  (646) 755-3600
       Email:  jliston@blmllp.com

*Attorney for Defendant and Cross-Claimant*
*BTG Pactual Chile S.A. Administradora*
*General De Fondos*