**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                                        Debtors.

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

------------------------------------------------------------------------x
MOTORS LIQUIDATION COMPANY AVOIDANCE
ACTION TRUST, by and through the Wilmington Trust
Company, solely in its capacity as Trust Administrator and
Trustee,

                                        Plaintiff,

            against

JPMORGAN CHASE BANK, N.A., *et al.*,

                                        Defendants.

Adversary Proceeding

Case No. 09-00504 (MG)

------------------------------------------------------------------------x

## **UPDATED JOINT STATUS REPORT**

Pursuant to the Court's April 26, 2018 "Order Directing the Parties to File a Joint Status Report With Respect to This Adversary Proceeding" (Dkt. No. 1052), and the May 17, 2018 Joint Status Report (Dkt. No. 1053) in which the undersigned parties to the Adversary Proceeding (the "Parties") undertook to provide the Court with an updated report on or before June 15, 2018, the Parties have conferred among themselves and jointly submit this updated status report.

## I. STATUS OF PLAINTIFF'S MOTION FOR LEAVE TO APPEAL AND DEFENDANTS' OPPOSITION AND CONDITIONAL CROSS MOTION

The status of plaintiff's motion for leave to appeal has not changed since the Parties' May 17, 2018 Joint Status Report. The Parties are awaiting a decision by Judge Nathan on plaintiff's motion for leave to appeal.

## II. STATUS OF MEDIATION EFFORTS

The Parties are continuing to engage in settlement discussions with the Parties' mediator, David Geronemus, and, as noted in the May 17, 2018 Joint Status Report, are scheduled to hold a mediation session with Mr. Geronemus' colleague at JAMS, Marc Isserles, on June 19, 2018, to discuss certain discrete disputed issues.

The Parties will provide the Court with another Joint Status Report on or before July 3, 2018.

*       *       *

The Parties are available to answer any questions that the Court may have.

Dated: New York, New York  
        June 15, 2018

**BINDER & SCHWARTZ LLP**

By:    /s/ Eric B. Fisher  
    Eric B. Fisher  
    Neil S. Binder  
    Lindsay A. Bush  
    Lauren K. Handelsman  
    366 Madison Avenue, 6th Floor  
    New York, New York 10017  
    Telephone: (212) 510-7008  
    Facsimile: (212) 510-7299  
    Email: efisher@binderschwartz.com

*Attorneys for Plaintiff Motors Liquidation Company Avoidance Action Trust*

New York, New York  
June 15, 2018

**WACHTELL, LIPTON, ROSEN & KATZ**

By:    /s/ Marc Wolinsky  
    Harold S. Novikoff  
    Marc Wolinsky  
    Amy R. Wolf  
    51 West 52nd Street  
    New York, New York 10019  
    Telephone: (212) 403-1000  
    Email: MWolinsky@wlrk.com

**KELLEY DRYE & WARREN LLP**

By:    /s/ John M. Callagy  
    John M. Callagy  
    Nicholas J. Panarella  
    Martin A. Krolewski  
    101 Park Avenue  
    New York, New York 10178  
    Telephone: (212) 808-7800  
    Email: jcallagy@kelleydrye.com

**JONES DAY**

By:    /s/ C. Lee Wilson  
    C. Lee Wilson  
    250 Vesey Street  
    New York, New York 10281  
    Telephone: (212) 326-3885  
    Email: clwilson@jonesday.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**JONES DAY**

By:    /s/ Bruce Bennett
    Bruce Bennett
    Erin L. Burke
    555 South Flower Street, 50th Floor
    Los Angeles, California 90071
    Telephone: (213) 489-3939
    Email: bbennett@jonesday.com
    Email: eburke@jonesday.com

    Gregory M. Shumaker
    Christopher J. DiPompeo
    51 Louisiana Avenue, N.W.
    Washington, D.C. 20001
    Telephone: (202) 879-3939
    Email: gshumaker@jonesday.com
    Email: cdipompeo@jonesday.com

**MUNGER, TOLLES & OLSON LLP**

By:    /s/ John W. Spiegel
    John W. Spiegel
    Matthew A. Macdonald
    Bradley R. Schneider
    350 South Grand Avenue, 50th Floor
    Los Angeles, California 90071
    Telephone: (213) 683-9100
    Email: john.spiegel@mto.com
    Email: matthew.macdonald@mto.com
    Email: bradley.schneider@mto.com

    Nicholas D. Fram
    560 Mission Street, 27th Floor
    San Francisco, California 94105
    Telephone: (415) 512-4000
    Email: nicholas.fram@mto.com

*Attorneys for the Term Loan Lenders Listed on Appendix A to Dkt. No. 241*

**KASOWITZ BENSON TORRES & FRIEDMAN LLP**

By:    /s/ Andrew K. Glenn
    Andrew K. Glenn
    Joshua N. Paul
    Michelle G. Bernstein
    Frank S. DiCarlo
    1633 Broadway
    New York, New York 10019
    (212) 506-1700
    Email: aglenn@kasowitz.com
    Email: jpaul@kasowitz.com
    Email: mgenet@kasowitz.com
    Email: fdicarlo@kasowitz.com

*Attorneys for the Ad Hoc Group of Term Lenders listed in Appendix A to Dkt. No. 670*

**HAHN & HESSEN LLP**

By:    /s/ Mark T. Power
    Mark T. Power
    Alison M. Ladd
    488 Madison Avenue
    New York, New York 10022
    Telephone: (212) 478-7200
    Email: mpower@hahnhessen.com
    Email: aladd@hahnhessen.com

*Attorneys for Certain Term Loan Investor Defendants identified on Exhibit 1 to Dkt. No. 788*

**DAVIS POLK & WARDWELL LLP**

By:    /s/ Elliot Moskowitz
    Elliot Moskowitz
    Marc J. Tobak
    M. Nick Sage
    450 Lexington Avenue
    New York, New York 10017
    Email: elliot.moskowitz@davispolk.com
    Email: marc.tobak@davispolk.com
    Email: m.nick.sage@davispolk.com

*Attorneys for Certain Term Loan Lender Defendants identified on Exhibit 1 to Dkt. No. 788*