**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                                                                 Debtors.
------------------------------------------------------------------------x
MOTORS LIQUIDATION COMPANY AVOIDANCE
ACTION TRUST, by and through the Wilmington Trust
Company, solely in its capacity as Trust Administrator and
Trustee,

                                                 Plaintiff,

                     against

JPMORGAN CHASE BANK, N.A., *et al.*,

                                                 Defendants.
------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

Adversary Proceeding

Case No. 09-00504 (MG)

## UPDATED JOINT STATUS REPORT

Pursuant to the Court's April 26, 2018 "Order Directing the Parties to File a Joint Status Report With Respect to This Adversary Proceeding" (Dkt. No. 1052), and the June 15, 2018 Updated Joint Status Report (Dkt. No. 1054) in which the undersigned parties to the Adversary Proceeding (the "Parties") undertook to provide the Court with a further updated report on or before July 3, 2018, the Parties have conferred among themselves and jointly submit this further updated status report.

## I. STATUS OF PLAINTIFF'S MOTION FOR LEAVE TO APPEAL AND DEFENDANTS' OPPOSITION AND CONDITIONAL CROSS MOTION

The status of plaintiff's motion for leave to appeal has not changed since the Parties' May 17, 2018 and June 15, 2018 Joint Status Reports. The Parties are awaiting a decision by Judge Nathan on plaintiff's motion for leave to appeal.

## II. STATUS OF MEDIATION EFFORTS

Following recent settlement discussions with the Parties' mediator, David Geronemus, the Parties have jointly concluded that they do not believe they will be able to reach a global settlement of the Adversary Proceeding at this time.

The Parties have agreed to continue to engage in mediation sessions with Mr. Geronemus and/or his colleague at JAMS, Marc Isserles, on certain discrete disputed issues. These sessions, if successful, would reduce the scope of the litigation going forward. As noted in the prior Joint Status Reports, the Parties held the first discrete disputed issue mediation session with Mr. Isserles on June 19, 2018, and the Parties have scheduled follow-up sessions with Mr. Isserles for July 16, July 19, and August 7, 2018.

The Parties are also in the process of preparing a proposed joint pre-trial order that will map out a path for the litigation going forward. The Parties anticipate that the joint pre-trial order will include a timeline for both (a) motion practice on certain issues, following pre-motion letters and a pre-motion conference before the Court, and (b) additional discovery on certain issues. The Parties will endeavor to submit a proposed joint pre-trial order, flagging any disputed provisions, as well as pre-motion letters, on or before July 31, 2018.

Finally, the Parties have agreed to memorialize the agreements that they have been able to reach to date, applying the principles in the Court's Memorandum Opinion Regarding Fixture Classification and Valuation (576 B.R. 325), with respect to which assets they agree are fixtures

and which are not fixtures in a stipulation. The stipulation will also include the agreements the parties have reached with respect to valuation of these assets. The Parties are continuing to negotiate the stipulation and will also endeavor to submit it to the Court on or before July 31, 2018.

*     *     *

The Parties are available to answer any questions that the Court may have.

| | |
|---|---|
| Dated: New York, New York<br>July 3, 2018 | New York, New York<br>July 3, 2018 |
| **BINDER & SCHWARTZ LLP** | **WACHTELL, LIPTON, ROSEN & KATZ** |
| By:    /s/ Eric B. Fisher<br>   Eric B. Fisher<br>   Neil S. Binder<br>   Lindsay A. Bush<br>   Lauren K. Handelsman<br>   366 Madison Avenue, 6th Floor<br>   New York, New York 10017<br>   Telephone: (212) 510-7008<br>   Facsimile: (212) 510-7299<br>   Email: efisher@binderschwartz.com | By:    /s/ Marc Wolinsky<br>   Harold S. Novikoff<br>   Marc Wolinsky<br>   Amy R. Wolf<br>   51 West 52nd Street<br>   New York, New York 10019<br>   Telephone: (212) 403-1000<br>   Email: MWolinsky@wlrk.com |
| *Attorneys for Plaintiff Motors Liquidation Company Avoidance Action Trust* | **KELLEY DRYE & WARREN LLP**<br><br>By:    /s/ John M. Callagy<br>   John M. Callagy<br>   Nicholas J. Panarella<br>   Martin A. Krolewski<br>   101 Park Avenue<br>   New York, New York 10178<br>   Telephone: (212) 808-7800<br>   Email: jcallagy@kelleydrye.com<br><br>**JONES DAY**<br><br>By:    /s/ C. Lee Wilson<br>   C. Lee Wilson<br>   250 Vesey Street<br>   New York, New York 10281<br>   Telephone: (212) 326-3885<br>   Email: clwilson@jonesday.com<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* |

**JONES DAY**

By:   /s/ Bruce Bennett
    Bruce Bennett
    Erin L. Burke
    555 South Flower Street, 50th Floor
    Los Angeles, California  90071
    Telephone:  (213) 489-3939
    Email:  bbennett@jonesday.com
    Email:  eburke@jonesday.com

    Gregory M. Shumaker
    Christopher J. DiPompeo
    51 Louisiana Avenue, N.W.
    Washington, D.C.  20001
    Telephone:  (202) 879-3939
    Email:  gshumaker@jonesday.com
    Email:  cdipompeo@jonesday.com

**MUNGER, TOLLES & OLSON LLP**

By:   /s/ John W. Spiegel
    John W. Spiegel
    Matthew A. Macdonald
    Bradley R. Schneider
    350 South Grand Avenue, 50th Floor
    Los Angeles, California  90071
    Telephone:  (213) 683-9100
    Email:  john.spiegel@mto.com
    Email:  matthew.macdonald@mto.com
    Email:  bradley.schneider@mto.com

    Nicholas D. Fram
    560 Mission Street, 27th Floor
    San Francisco, California  94105
    Telephone:  (415) 512-4000
    Email:  nicholas.fram@mto.com

*Attorneys for the Term Loan Lenders Listed on Appendix A to Dkt. No. 241*

**KASOWITZ BENSON TORRES & FRIEDMAN LLP**

By:    /s/ Andrew K. Glenn
     Andrew K. Glenn
     Joshua N. Paul
     Michelle G. Bernstein
     Frank S. DiCarlo
     1633 Broadway
     New York, New York 10019
     (212) 506-1700
     Email: aglenn@kasowitz.com
     Email: jpaul@kasowitz.com
     Email: mgenet@kasowitz.com
     Email: fdicarlo@kasowitz.com

*Attorneys for the Ad Hoc Group of Term Lenders listed in Appendix A to Dkt. No. 670*

**HAHN & HESSEN LLP**

By:    /s/ Mark T. Power
     Mark T. Power
     Alison M. Ladd
     488 Madison Avenue
     New York, New York 10022
     Telephone: (212) 478-7200
     Email: mpower@hahnhessen.com
     Email: aladd@hahnhessen.com

*Attorneys for Certain Term Loan Investor Defendants identified on Exhibit 1 to Dkt. No. 788*

**DAVIS POLK & WARDWELL LLP**

By:    /s/ Elliot Moskowitz
     Elliot Moskowitz
     Marc J. Tobak
     M. Nick Sage
     450 Lexington Avenue
     New York, New York 10017
     Email: elliot.moskowitz@davispolk.com
     Email: marc.tobak@davispolk.com
     Email: m.nick.sage@davispolk.com

*Attorneys for Certain Term Loan Lender Defendants identified on Exhibit 1 to Dkt. No. 788*