**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                                                   Debtors.

------------------------------------------------------------------------x

MOTORS LIQUIDATION COMPANY AVOIDANCE
ACTION TRUST, by and through the Wilmington Trust
Company, solely in its capacity as Trust Administrator and
Trustee,

                                                   Plaintiff,

                       against

JPMORGAN CHASE BANK, N.A., *et al.*,

                                                   Defendants.

------------------------------------------------------------------------x

Chapter 11

Case No. 09-50026 (MG)
(Jointly Administered)

Adversary Proceeding

Case No. 09-00504 (MG)

### STIPULATION AND ORDER DISMISSING ADVERSARY PROCEEDING AGAINST GOLDENTREE LOAN OPPORTUNITIES III, LTD. AND GOLDENTREE LOAN OPPORTUNITIES IV, LTD.

**WHEREAS**, on May 20, 2015, Plaintiff filed a First Amended Adversary Complaint for (1) Avoidance of Unperfected Lien, (2) Avoidance and Recovery of the Postpetition Transfers, (3) Avoidance and Recovery of Preferential Payments, and (4) Disallowance of Claims by Defendants ("Amended Complaint") (ECF Doc. # 91) and thereafter served the Amended Complaint on, among others, defendants GoldenTree Loan Opportunities III, Ltd. ("GoldenTree III") and GoldenTree Loan Opportunities IV, Ltd. ("GoldenTree IV", and together with GoldenTree III, the "Defendants");

**WHEREAS**, the Amended Complaint alleges that: (i) on or about May 27, 2009, GoldenTree III received a pre-petition transfer in the amount of $69,945.48 and GoldenTree IV

received a pre-petition transfer in the amount of $69,851.34 (together, the "Pre-Petition Transfers") and (ii) on or about June 30, 2009, GoldenTree III received a post-petition transfer in the amount of $1,613.96 and GoldenTree IV received a post-petition transfer in the amount of $1,611.79 (together, the "Post-Petition Transfers", and together with the Pre-Petition Transfers, the "Transfers"); and

**WHEREAS**, the Amended Complaint alleges that the Transfers were made pursuant to a certain term loan agreement, dated as of November 29, 2006, as amended by that certain first amendment dated as of March 4, 2009 (the "Term Loan Agreement");

**WHEREAS**, on July 27, 2016, Defendants filed an Answer to the Amended Complaint (ECF Doc. # 691); and

**WHEREAS**, on November 17, 2016, the Court entered a stipulation and order dismissing with prejudice the claims against Defendants relating to the Pre-Petition Transfers (ECF Doc. # 788);

**WHEREAS**, Defendants represent that, to the best of their knowledge, they did not receive any funds relating to the Term Loan Agreement on or after June 30, 2009, other than the Post-Petition Transfers;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties, that Defendants are dismissed from this adversary proceeding and any and all claims against Defendants arising out of or relating to the Term Loan Agreement are dismissed with prejudice.

Dated: New York, New York
       July 10, 2018

**BINDER & SCHWARTZ LLP**

By: /s/ Eric B. Fisher
    Eric B. Fisher
    Neil S. Binder
    Lindsay A. Bush
    Lauren K. Handelsman
    366 Madison Avenue, 6th Floor
    New York, New York 10017
    Tel: (212) 510-7008
    Fax: (212) 510-7299
    Email: efisher@binderschwartz.com

*Attorneys for the Motors Liquidation Company Avoidance Action Trust*

New York, New York
July 10, 2018

**HAHN & HESSEN LLP**

By: /s/ Mark T. Power
    Mark T. Power
    Alison M. Ladd
    488 Madison Avenue
    New York, New York 10022
    Tel: (212) 478-7200
    Email: mpower@hahnhessen.com
    Email: aladd@hanhessen.com

*Attorneys for GoldenTree Loan Opportunities III, Ltd. and GoldenTree Loan Opportunities IV, Ltd.*

**IT IS SO ORDERED.**

Dated:  July 16, 2018
         New York, New York

                             **/s/Martin Glenn**
                             MARTIN GLENN
                 United States Bankruptcy Judge