# WACHTELL, LIPTON, ROSEN & KATZ

MARTIN LIPTON
HERBERT M. WACHTELL
PAUL VIZCARRONDO, JR.
THEODORE N. MIRVIS
EDWARD D. HERLIHY
DANIEL A. NEFF
ANDREW R. BROWNSTEIN
MARC WOLINSKY
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
RICHARD G. MASON
DAVID M. SILK
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
JEFFREY M. WINTNER

TREVOR S. NORWITZ
BEN M. GERMANA
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JOSEPH D. LARSON
JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
JOHN F. LYNCH
WILLIAM SAVITT

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

WILLIAM T. ALLEN          DAVID S. NEILL
MARTIN J.E. ARMS          HAROLD S. NOVIKOFF
MICHAEL H. BYOWITZ        LAWRENCE B. PEDOWITZ
GEORGE T. CONWAY III      ERIC S. ROBINSON
KENNETH B. FORREST        PATRICIA A. ROBINSON*
SELWYN B. GOLDBERG        ERIC M. ROTH
PETER C. HEIN             PAUL K. ROWE
MEYER G. KOPLOW           DAVID A. SCHWARTZ
LAWRENCE S. MAKOW         MICHAEL J. SEGAL
DOUGLAS K. MAYER          ELLIOTT V. STEIN
MARSHALL L. MILLER        WARREN R. STERN
PHILIP MINDLIN            PATRICIA A. VLAHAKIS
ROBERT M. MORGENTHAU      AMY R. WOLF

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

DAVID M. ADLERSTEIN       NANCY B. GREENBAUM
AMANDA K. ALLEXON         MARK A. KOENIG
LOUIS J. BARASH           LAUREN M. KOFKE
FRANCO CASTELLI           J. AUSTIN LYONS
DIANNA CHEN               ALICIA C. McCARTHY
ANDREW J.H. CHEUNG        PAULA N. RAMOS
PAMELA EHRENKRANZ         S. CHRISTOPHER SZCZERBAN
KATHRYN GETTLES-ATWA      JEFFREY A. WATIKER
ADAM M. GOGOLAK

ERIC M. ROSOF
GREGORY E. OSTLING
DAVID B. ANDERS
ANDREA K. WAHLQUIST
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES
DAVID E. SHAPIRO
DAMIAN G. DIDDEN
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
GORDON S. MOODIE

DONGJU SONG
BRADLEY R. WILSON
GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
VICTOR GOLDFELD
EDWARD J. LEE
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
SABASTIAN V. NILES
ALISON ZIESKE PREISS
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
JOHN R. SOBOLEWSKI
STEVEN WINTER

Direct Dial: (212) 403-1226
Direct Fax: (212) 403-2226
E-Mail: MWolinsky@wlrk.com

July 31, 2018

**By Hand, ECF, and Email**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: *Motors Liquidation Company Avoidance Action Trust* v. *JPMorgan Chase Bank, N.A.*, Case No. 09-00504 (MG)

Dear Judge Glenn:

We jointly submit this letter on behalf of our client, JPMorgan Chase Bank, N.A., the other members of Defendants Steering Committee, and plaintiff, the Motors Liquidation Company Avoidance Action Trust.

WACHTELL, LIPTON, ROSEN & KATZ

The Honorable Martin Glenn
July 31, 2018
Page 2

In the parties' July 3, 2018 "Updated Joint Status Report" (Dkt. No. 1055), the parties reported that they would endeavor to submit to the Court, on or before July 31, 2018, the following: (a) a proposed joint pre-trial order, (b) pre-motion letters, and (c) a stipulation "memorializ[ing] the agreement that [the Parties] have been able to reach to date, applying the principles in the Court's Memorandum Opinion Regarding Fixture Classification and Valuation," with respect to both fixture classification and valuation.

The parties have reached agreement on a joint pre-trial order, which will be filed today, along with both sides' pre-motion letters.

The parties are, however, continuing to negotiate the stipulation memorializing agreements reached to date and require additional time to finalize that stipulation. The parties will file the stipulation memorializing agreements reached to date, or provide the Court with a further update, on or before August 7, 2018.

The parties are available to answer any questions that the Court may have.

Respectfully submitted,

Marc Wolinsky

cc:    Counsel of Record (by ECF and email)