**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (MG) |
| Debtors. | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | |
| Plaintiff, | Adversary Proceeding |
| vs. | Case No. 09-00504 (MG) |
| JPMORGAN CHASE BANK, N.A., individually and as Administrative Agent for various lenders party to the Term Loan Agreement described herein, *et al.*, | |
| Defendants. | |

## ORDER SETTING DATE FOR PRE-MOTION CONFERENCE

The Court has received and reviewed the letters and a proposed stipulation from counsel for the Avoidance Action Trust and JP Morgan Chase Bank, N.A. concerning the filing of motions for summary judgment by each party relating to certain issues. (See ECF Doc. ## 1058–60.)

Responses to the pre-motion letters must be filed by any party in this Adversary Proceeding (including <u>all</u> parties on any counterclaim or cross-claim) on August 10, 2018.

The Court will hold a hearing on the requests to file summary judgment motions on 10:00 a.m., August 14, 2018.

1

The responses to the pre-motion letters must also identify *specifically* any discovery that any party believes should be permitted before summary judgment motions are briefed and heard by the Court. The parties should propose deadlines for completing such discovery.

Additionally, the parties must meet and confer in advance of the August 14th hearing to discuss whether, the better course, is for the Court to set a prompt trial on the issues for which each party seeks summary judgment. To the extent possible, the Court would expect the parties to stipulate to facts, with limited trial witnesses presented on those factual issues as to which a good faith dispute exists. To the extent the parties raise pure legal issues, those issues would be briefed as part of the trial record.

**IT IS SO ORDERED.**

Dated:   August 2, 2018
         New York, New York

                                          ____*Martin Glenn*_____
                                                MARTIN GLENN
                                          United States Bankruptcy Judge