**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Neil S. Binder
Lindsay A. Bush
Lauren K. Handelsman
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for the Motors Liquidation
Company Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, f/k/a<br>GENERAL MOTORS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (MG)<br>(Jointly Administered) |
| ------------------------------------------------------------x | |
| MOTORS LIQUIDATION COMPANY AVOIDANCE<br>ACTION TRUST, by and through the Wilmington Trust<br>Company, solely in its capacity as Trust Administrator and<br>Trustee,<br><br>Plaintiff,<br><br>against<br><br>JPMORGAN CHASE BANK, N.A., *et al.*,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 09-00504 (MG) |
| ------------------------------------------------------------x | |

**NOTICE OF PRE-MOTION CONFERENCE**

PLEASE TAKE NOTICE that a Pre-Motion Conference is scheduled for **August 9, 2018, at 10:00 a.m. (Eastern Time)** before the Honorable Judge Martin Glenn, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

1

      PLEASE TAKE FURTHER NOTICE that Counsel for all parties may participate in the conference telephonically via CourtCall.  Reservations for participation should be made in advance by calling CourtCall at (888) 882-6878.  Counsel appearing telephonically should be on the telephone by no later than 9:45 a.m. to make their appearance on the record, identifying counsel's name and each party on whose behalf counsel is appearing, so that the conference may commence promptly at 10:00 a.m.

Dated:  August 7, 2018
        New York, New York

                              Respectfully submitted,

                              **BINDER & SCHWARTZ LLP**

                              /s/ Eric B. Fisher
                              Eric B. Fisher
                              Neil S. Binder
                              Lindsay A. Bush
                              Lauren K. Handelsman
                              366 Madison Avenue, 6th Floor
                              New York, New York 10017
                              Tel: (212) 510-7008
                              Facsimile: (212) 510-7299

                              *Attorneys for the Motors Liquidation*
                              *Company Avoidance Action Trust*