## WACHTELL, LIPTON, ROSEN & KATZ

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | TREVOR S. NORWITZ | 51 WEST 52ND STREET | ERIC M. ROSOF | DONGJU SONG |
| HERBERT M. WACHTELL | BEN M. GERMANA | NEW YORK, N.Y. 10019-6150 | GREGORY E. OSTLING | BRADLEY R. WILSON |
| PAUL VIZCARRONDO, JR. | ANDREW J. NUSSBAUM | TELEPHONE: (212) 403-1000 | DAVID B. ANDERS | GRAHAM W. MELI |
| THEODORE N. MIRVIS | RACHELLE SILVERBERG | FACSIMILE:  (212) 403-2000 | ANDREA K. WAHLQUIST | GREGORY E. PESSIN |
| EDWARD D. HERLIHY | STEVEN A. COHEN | | ADAM J. SHAPIRO | CARRIE M. REILLY |
| DANIEL A. NEFF | DEBORAH L. PAUL | | NELSON O. FITTS | MARK F. VEBLEN |
| ANDREW R. BROWNSTEIN | DAVID C. KARP | GEORGE A. KATZ (1965-1989) | JOSHUA M. HOLMES | VICTOR GOLDFELD |
| MARC WOLINSKY | RICHARD K. KIM | JAMES H. FOGELSON (1967-1991) | DAVID E. SHAPIRO | EDWARD J. LEE |
| STEVEN A. ROSENBLUM | JOSHUA R. CAMMAKER | LEONARD M. ROSEN (1965-2014) | DAMIAN G. DIDDEN | BRANDON C. PRICE |
| JOHN F. SAVARESE | MARK GORDON | | IAN BOCZKO | KEVIN S. SCHWARTZ |
| SCOTT K. CHARLES | JOSEPH D. LARSON | OF COUNSEL | MATTHEW M. GUEST | MICHAEL S. BENN |
| JODI J. SCHWARTZ | JEANNEMARIE O'BRIEN | | DAVID E. KAHAN | SABASTIAN V. NILES |
| ADAM O. EMMERICH | WAYNE M. CARLIN | WILLIAM T. ALLEN   DAVID S. NEILL | DAVID K. LAM | ALISON ZIESKE PREISS |
| RALPH M. LEVENE | STEPHEN R. DiPRIMA | MARTIN J.E. ARMS   HAROLD S. NOVIKOFF | BENJAMIN M. ROTH | TIJANA J. DVORNIC |
| RICHARD G. MASON | NICHOLAS G. DEMMO | MICHAEL H. BYOWITZ   LAWRENCE B. PEDOWITZ | JOSHUA A. FELTMAN | JENNA E. LEVINE |
| DAVID M. SILK | IGOR KIRMAN | GEORGE T. CONWAY III   ERIC S. ROBINSON | ELAINE P. GOLIN | RYAN A. McLEOD |
| ROBIN PANOVKA | JONATHAN M. MOSES | KENNETH B. FORREST   PATRICIA A. ROBINSON* | EMIL A. KLEINHAUS | ANITHA REDDY |
| DAVID A. KATZ | T. EIKO STANGE | SELWYN B. GOLDBERG   ERIC M. ROTH | KARESSA L. CAIN | JOHN L. ROBINSON |
| ILENE KNABLE GOTTS | JOHN F. LYNCH | PETER C. HEIN   PAUL K. ROWE | RONALD C. CHEN | JOHN R. SOBOLEWSKI |
| JEFFREY M. WINTNER | WILLIAM SAVITT | MEYER G. KOPLOW   DAVID A. SCHWARTZ | GORDON S. MOODIE | STEVEN WINTER |
| | | LAWRENCE S. MAKOW   MICHAEL J. SEGAL | | |
| | | DOUGLAS K. MAYER   ELLIOTT V. STEIN | | |
| | | MARSHALL L. MILLER   WARREN R. STERN | | |
| | | PHILIP MINDLIN   PATRICIA A. VLAHAKIS | | |
| | | ROBERT M. MORGENTHAU   AMY R. WOLF | | |

\* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | NANCY B. GREENBAUM |
| AMANDA K. ALLEXON | MARK A. KOENIG |
| LOUIS J. BARASH | LAUREN M. KOFKE |
| FRANCO CASTELLI | J. AUSTIN LYONS |
| DIANNA CHEN | ALICIA C. McCARTHY |
| ANDREW J.H. CHEUNG | PAULA N. RAMOS |
| PAMELA EHRENKRANZ | S. CHRISTOPHER SZCZERBAN |
| KATHRYN GETTLES-ATWA | JEFFREY A. WATIKER |
| ADAM M. GOGOLAK | |

Direct Dial: (212) 403-1226
Direct Fax: (212) 403-2226
E-Mail: MWolinsky@wlrk.com

August 7, 2018

**By Hand and ECF**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

             Re:      *Motors Liquidation Company Avoidance Action Trust* v. *JPMorgan Chase Bank, N.A.*, Case No. 09-00504 (MG)

Dear Judge Glenn:

    We jointly submit this letter on behalf of our client, JPMorgan Chase Bank, N.A., the other members of Defendants Steering Committee, and plaintiff, the Motors Liquidation Company Avoidance Action Trust.

WACHTELL, LIPTON, ROSEN & KATZ

The Honorable Martin Glenn
August 7, 2018
Page 2

In a July 31, 2018 letter (Dkt. No. 1060), the parties reported that they would update the Court, on or before August 7, 2018, as to the parties' progress in finalizing a stipulation "memorializ[ing] the agreement that [the Parties] have been able to reach to date, applying the principles in the Court's Memorandum Opinion Regarding Fixture Classification and Valuation," with respect to both fixture classification and valuation. The parties remain in active discussions as to the stipulation, but require additional time to finalize it. The parties will file the stipulation memorializing agreements reached to date, or provide the Court with a further update, on or before August 16, 2018.

The parties are available to answer any questions that the Court may have.

Respectfully submitted,

Marc Wolinsky

cc:    Counsel of Record (by ECF and email)