**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, f/k/a GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (MG) (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------------x

| | |
|---|---|
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | |
| Plaintiff | Adversary Proceeding Case No. 09-00504 (MG) |
| against | |
| JPMORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | |

------------------------------------------------------------------------ x

**STIPULATION AND ORDER AMENDING THE**
**SEPTEMBER 14, 2018 SCHEDULING ORDER (ECF NO. 1080)**

**WHEREAS**, on September 14, 2018, the Court entered a *Stipulation and order Amending and Superseding Certain Prior Orders Regarding Discovery and Scheduling* (ECF No. 1080) (the "September 14, 2018 Scheduling Order"), setting forth the schedule for ongoing proceedings on Motion Issues, Initial Discovery and Trial Issues, and Final Discovery and Trial Issues (all capitalized terms not defined herein have the meanings defined in the September 14, 2018 Scheduling Order);

**WHEREAS**, pursuant to the September 14, 2018 Scheduling Order, the Plaintiff and the members of the Defendants' Steering Committee have been diligently working to obtain the necessary document discovery related to Initial Discovery and Trial Issues from third-parties but

will not be able to complete document discovery on or before October 31, 2018, as set forth in the September 14, 2018 Scheduling Order because of delays in third-party productions;

**WHEREAS**, good cause exists for amending the document and fact discovery deadlines and the expert witness disclosure deadline related to Initial Discovery and Trial Issues because doing so will permit all parties opportunity to complete discovery, without otherwise impacting the September 14, 2018 Scheduling Order;

**IT IS HEREBY STIPULATED AND AGREED**, by and among counsel for the undersigned parties, that the September 14, 2018 Scheduling Order is amended, with respect only to the document and fact discovery deadlines and the expert witness disclosure deadline related to Initial Discovery and Trial Issues, as follows:

| | |
|---|---|
| **November 30, 2018** | Deadline for document discovery related to Initial Discovery and Trial Issues |
| **December 21, 2018** | Deadline for fact discovery related to Initial Discovery and Trial Issues; Deadline to disclose expert witnesses and topics that will be the subject of expert testimony |

Except as set out herein, the Court's September 14, 2018 Scheduling Order remains in full force and effect.

Dated: New York, New York
       October 10, 2018

**BINDER & SCHWARTZ LLP**

By:    /s/ Eric B. Fisher
   Eric B. Fisher
   Neil S. Binder
   Lindsay A. Bush
   Lauren K. Handelsman
   366 Madison Avenue, 6th Floor
   New York, New York 10017
   Telephone: (212) 510-7008
   Facsimile: (212) 510-7299
   Email: efisher@binderschwartz.com

*Attorneys for Plaintiff Motors Liquidation Company Avoidance Action Trust*

New York, New York
October 10, 2018

**WACHTELL, LIPTON, ROSEN & KATZ**

By:    /s/ Marc Wolinsky
   Harold S. Novikoff
   Marc Wolinsky
   Amy R. Wolf
   51 West 52nd Street
   New York, New York 10019
   Telephone: (212) 403-1000
   Email: MWolinsky@wlrk.com

**KELLEY DRYE & WARREN LLP**

By:    /s/ John M. Callagy

   John M. Callagy
   Nicholas J. Panarella
   Martin A. Krolewski
   101 Park Avenue
   New York, New York 10178
   Telephone: (212) 808-7800
   Email: jcallagy@kelleydrye.com

**JONES DAY**

By:    /s/ C. Lee Wilson

   C. Lee Wilson
   250 Vesey Street
   New York, New York 10281
   Telephone: (212) 326-3885
   Email: clwilson@jonesday.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**JONES DAY**

By:    /s/ Bruce Bennett
    Bruce Bennett
    Erin L. Burke
    555 South Flower Street, 50th Floor
    Los Angeles, California 90071
    Telephone: (213) 489-3939
    Email: bbennett@jonesday.com
    Email: eburke@jonesday.com

    Gregory M. Shumaker
    Christopher J. DiPompeo
    51 Louisiana Avenue, N.W.
    Washington, D.C. 20001
    Telephone: (202) 879-3939
    Email: gshumaker@jonesday.com
    Email: cdipompeo@jonesday.com

**MUNGER, TOLLES & OLSON LLP**

By:    /s/ John W. Spiegel
    John W. Spiegel
    Matthew A. Macdonald
    Bradley R. Schneider
    350 South Grand Avenue, 50th Floor
    Los Angeles, California 90071
    Telephone: (213) 683-9100
    Email: john.spiegel@mto.com
    Email: matthew.macdonald@mto.com
    Email: bradley.schneider@mto.com

    Nicholas D. Fram
    560 Mission Street, 27th Floor
    San Francisco, California 94105
    Telephone: (415) 512-4000
    Email: nicholas.fram@mto.com

*Attorneys for the Term Loan Lenders Listed on Appendix A to Dkt. No. 241*

**KASOWITZ BENSON TORRES & FRIEDMAN LLP**

By:   /s/ Andrew K. Glenn
Andrew K. Glenn
Joshua N. Paul
Michelle G. Bernstein
Frank S. DiCarlo
1633 Broadway
New York, New York  10019
(212) 506-1700
Email:  aglenn@kasowitz.com
Email:  jpaul@kasowitz.com
Email:  mgenet@kasowitz.com
Email:  fdicarlo@kasowitz.com

*Attorneys for the Ad Hoc Group of Term Lenders listed in Appendix A to Dkt. No. 670*

**HAHN & HESSEN LLP**

By:   /s/ Mark T. Power
Mark T. Power
Alison M. Ladd
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Email:  mpower@hahnhessen.com
Email:  aladd@hahnhessen.com

*Attorneys for Certain Term Loan Investor Defendants identified on Exhibit 1 to Dkt. No. 788*

6

09-00504-mg    Doc 1094    Filed 10/11/18    Entered 10/11/18 16:06:49    Main Document
Pg 6 of 7

**DAVIS POLK & WARDWELL LLP**

By:     /s/ Elliot Moskowitz
    Elliot Moskowitz
    Marc J. Tobak
    M. Nick Sage
    450 Lexington Avenue
    New York, New York  10017
    Email:  elliot.moskowitz@davispolk.com
    Email:  marc.tobak@davispolk.com
    Email:  m.nick.sage@davispolk.com

*Attorneys for Certain Term Loan Lender Defendants identified on Exhibit 1 to Dkt. No. 788*

**IT IS SO ORDERED.**

Dated:  October 11, 2018
       New York, New York

      **/s/ Martin Glenn**
      MARTIN GLENN
    United States Bankruptcy Judge