LAW OFFICES OF WILLIAM P. LALOR
William P. Lalor
30 Wall St., 8th Floor
New York, New York 10005
Tel: 646-818-9870

ELENIUS FROST & WALSH
Daniel M. Hinkle (admitted pro hac vice)
151 N. Franklin, 9th Floor
Chicago, IL 60606
Tel: 312-822-5844
Fax: 312-817-2486

DAVID CHRISTIAN ATTORNEYS LLC
David Christian (admitted pro hac vice)
105 W. Madison St., Suite 1400
Chicago, IL 60602
Tel: 312-273-1804

*Attorneys for Continental Casualty Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x

In re:

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION, *et al.*,

                              Debtors.

Chapter 11

Case No. 09-50026 (REG)
(Jointly Administered)

----------------------------------------------------------------------x

MOTORS LIQUIDATION COMPANY AVOIDANCE
ACTION TRUST, by and through the Wilmington Trust
Company, solely in its capacity as Trust Administrator and
Trustee,

                              Plaintiff,

against

JPMORGAN CHASE BANK, N.A., *et al.*,

                              Defendants.

Adversary Proceeding
Case No. 09-00504 (REG)

----------------------------------------------------------------------x

**DEFENDANT CONTINENTAL CASUALTY COMPANY'S**
**JOINDER IN RESPONSE OF THE TERM LOAN LENDERS TO PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE TERM LOAN**
<u>**LENDERS' EFFECTIVENESS  DEFENSE**</u>

Defendant Continental Casualty Company ("Continental"), by its undersigned counsel, in accordance with the *Stipulation and Order Amending and Superseding Certain Prior Orders Regarding Discovery and Scheduling* entered on September 14, 2018 [Docket No. 1080] (the "Scheduling Order"), in addition to joining as a signatory to the *Term Lenders' Opposition to Plaintiff's Motion for Partial Summary Judgment on Certain Assets Located at GM Shreveport Assembly* (10/12/18) [Docket No. 1101] and *Term Lenders' Response to Plaintiff's Statement of Material Facts Regarding Assets Located at GM Shreveport Assembly* (10/12/18) [Docket No. 1103], hereby also joins the *Response of the Term Loan Lenders to Plaintiff's Motion for Partial Summary Judgment on the Term Loan Lenders' Effectiveness Defense* (10/12/18) [Docket No. 1097] and *The Term Loan Lenders' Counter-Statement of Material Facts Pursuant to Local Bankruptcy Rule 7056-1* (10/12/18) [Docket No. 1098].

WHEREFORE, Continental Casualty Company respectfully requests that judgment be entered in its favor and against the Motors Liquidation Company Avoidance Action Trust; for an award of its fees and costs; and for such other and further relief as the Court deems just and proper.

Chicago, IL
October 12, 2018

Respectfully submitted,

LAW OFFICES OF WILLIAM P. LALOR
William P. Lalor
30 Wall St., 8th Floor
New York, New York 10005
Tel: 646-818-9870

ELENIUS FROST & WALSH
Daniel M. Hinkle (admitted pro hac vice)
151 N. Franklin, 9th Floor
Chicago, IL 60606
Tel: 312-822-5844
Fax: 312-817-2486

-and-

/s/ David Christian
David Christian (admitted pro hac vice)
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, IL 60602
Tel: 312-273-1804

*Attorneys for Continental Casualty Company*