Marc E. Kasowitz (mkasowitz@kasowitz.com)
Andrew K. Glenn (aglenn@kasowitz.com)
Frank S. DiCarlo (fdicarlo@kasowitz.com)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800

*Attorneys for Certain Term Loan Lender Defendants\**

[*\*complete list of represented Term Loan Lender Defendants listed in Appendix A attached hereto*]

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x

In re:

MOTORS LIQUIDATION COMPANY, et al.,

                      Debtors

Chapter 11

Case No. 09-50026 (MG)

(Jointly Administered)

----------------------------------------------------------------- x

MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee,

                      Plaintiff,

           -against-

JPMORGAN CHASE BANK, N.A. *et al.*,

                      Defendants.

Adversary Proceeding
No. 09-00504 (MG)

----------------------------------------------------------------- x

**<u>JOINDER OF CERTAIN TERM LOAN DEFENDANTS IN THE RESPONSE OF CERTAIN TERM LOAN LENDERS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

On September 14, 2018, the Motors Liquidation Company Avoidance Action Trust Administrator and Trustee (the "Plaintiff") filed a *Motion for Partial Summary Judgment Dismissing the Non-JPMorgan Term Lenders' Effectiveness Defense* and supporting papers with the Court [Dkt. Nos. 1085-1088] (the "Summary Judgment Motion").

On October 12, 2018, certain Term Loan Lender Defendants represented by Munger Tolles & Olsen LLP (the "MTO Defendants") submitted a *Response of Term Lenders to Plaintiff's Motion for Partial Summary Judgment on the Term Loan Lenders' Effectiveness Defense* [Dkt. No. 1097] (the "Response Motion").

The Term Loan Lender Defendants listed in Appendix A attached hereto, by and through their undersigned counsel, Kasowitz Benson Torres LLP (the "KBT Defendants") hereby join in and adopt the arguments set forth in the Response Motion as if the same were set forth fully herein. The KBT Defendants' joinder applies regardless of whether such motion is settled, withdrawn or otherwise resolved.

WHEREFORE, the KBT Defendants respectfully request that Court deny the Summary Judgment Motion and grant the KBT Defendants such other and further relief as it deems just and proper.

Dated: New York, New York
October 12, 2018

KASOWITZ BENSON TORRES LLP

By: /s/ Andrew K. Glenn
Marc E. Kasowitz
Andrew K. Glenn
Frank S. DiCarlo
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

Facsimile:  (212) 506-1800

*Attorneys for Certain Term Loan Lender Defendants Identified in Appendix A*

## **Appendix A**

*Fire and Police Employees' Retirement System of the City of Baltimore*
*BBT Fund, L.P.*
*SRI Fund, L.P.*
*BBT Master Fund, L.P. (f/k/a Cap Fund, L.P.)*
*BlackRock Corporate High Yield Fund, Inc.*
*BlackRock Debt Strategies Fund, Inc.*
*BlackRock Floating Rate Income Strategies Fund, Inc.*
*BlackRock Funds II - High Yield Bond Portfolio*
*BlackRock Global Investment Series: Income Strategies Portfolio*
*BlackRock Fixed Income Portable Alpha (Offshore) Fund*
*BlackRock Senior Income Series IV*
*R3 Capital Partners Master, L.P.*
*The Galaxite Master Unit Trust*
*BlackRock High Yield Bond Portfolio, a series of BlackRock Funds II*
*High Yield Bond Portfolio*
*California State Teachers' Retirement System*
*Delaware Diversified Income Fund, a series of Delaware Group Adviser Funds*
*Delaware Enhanced Global Dividend and Income Fund*
*Delaware Extended Duration Bond Fund, a series of Delaware Group Income Funds*
*Delaware Wealth Builder Fund (f/k/a Delaware Dividend Income Fund, a series of Delaware Group Equity Funds V)*
*Delaware Strategic Income Fund (f/k/a Delaware Core Plus Bond Fund, a series of Delaware Group Government Fund)*
*Delaware Corporate Bond Fund, a series of Delaware Group Income Funds*
*Delaware High-Yield Opportunities Fund, a series of Delaware Group Income Funds*
*Delaware Investments Dividend and Income Fund, Inc.*
*Macquire High Yield Bond Portfolio (f/k/a The High Yield Bond Portfolio, a series of Delaware Pooled Trust).*
*Delaware VIP Diversified Income Series, a series of Delaware VIP Trust*
*Delaware VIP High Yield Series, a series of Delaware VIP Trust*
*Macquire Core Plus Bond Portfolio (f/k/a/ The Core Plus Fixed Income Portfolio, a series of Delaware Pooled Trust)*
*Optimum Fixed Income Fund, a series of Optimum Fund Trust*
*Drawbridge Special Opportunities Fund Ltd.*
*Drawbridge Special Opportunities Fund LP*
*Fortress Credit Investments I Ltd.*
*Fortress Credit Investments II Ltd.*
*FOUR CORNERS CLO II, LTD.*
*FOUR CORNERS CLO III, LTD.*
*Freescale Semiconductor Inc., 401(k) Retirement Savings Plan*
*GENESIS CLO 2007-1 LTD.*
*Guggenheim Portfolio X, LLC*
*Guggenheim High Yield Fund*
*Illinois Municipal Retirement Fund*

*John Hancock Variable Insurance Trust Floating Rate Income Trust*
*John Hancock Variable Insurance Trust High Yield Trust*
*John Hancock Funds II Floating Rate Income Fund*
*John Hancock Funds II High Yield Bond Fund*
*The Lincoln National Life Insurance Company Separate Account 12*
*The Lincoln National Life Insurance Company Separate Account 20*
*LVIP Delaware Bond Fund, a series of Lincoln Variable Insurance Products Trust*
*LVIP Delaware Foundation® Conservative Allocation Fund, a series of Lincoln Variable Insurance Products Trust (and the successor to LVIP Delaware Managed Fund as of June 15, 2009).*
*Lord Abbett Investment Trust –Lord Abbett Floating Rate Fund*
*Houston Police Officers' Pension System*
*Mason Capital, L.P.*
*Mason Capital, Ltd.*
*The Missouri State Employees' Retirement System*
*Neuberger Berman High Income Bond Fund*
*Neuberger Berman High Yield Strategies Fund Inc.*
*MacKay New York Life Insurance Company (Guaranteed Products)*
*New York Life Insurance Company Guaranteed Products*
*New York Life Insurance Company (Guaranteed Products)*
*New York Life Insurance Company GP - Portable Alpha*
*MacKay Shields Core Plus Alpha Fund Ltd.*
*New York Life Insurance Company*
*North Dakota State Investment Board*
*Fairway Loan Funding Company*
*Red River HYPi, L.P.*
*PIMCO Cayman Trust: PIMCO Cayman Bank Loan Fund*
*PIMCO Funds: Private Account Portfolio Series High Yield Portfolio*
*PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund*
*Portola CLO, Ltd.*
*Mayport CLO, Ltd.*
*Plumbers & Pipefitters National Pension Fund*
*Putnam 29X-Funds Trust Floating Rate Income Fund*
*Russell Institutional Funds LLC Russell Core Bond Fund*
*Russell Trust Company Russell Multi-Manager Bond Fund*
*Russell Investment Company Russell Strategic Bond Fund*
*Russell Investment Company plc Russell U.S. Bond Fund*
*Solus Core Opportunities Master Fund Ltd*
*Sola Ltd*
*Ultra Master Ltd*
*Taconic Capital Partners 1.5 L.P.*
*Taconic Market Dislocation Fund II L.P.*
*Taconic Market Dislocation Master Fund II L.P.*
*Taconic Opportunity Fund L.P.*
*Thrivent Financial for Lutherans*
*Thrivent High Yield Fund, a series of Thrivent Mutual Funds*

*Thrivent Income Fund, a series of Thrivent Mutual Funds*
*Thrivent High Yield Portfolio, a series of Thrivent Series Fund, Inc.*
*Thrivent Income Portfolio, a series of Thrivent Series Fund, Inc.*
*Virginia Retirement System*