**DAVIS POLK & WARDWELL LLP**
Elliot Moskowitz
Marc J. Tobak
M. Nick Sage
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

*Attorneys for Certain Term Loan Lender Defendants*
*identified on Exhibit 1 to Dkt. No. 788*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | : : : | Adversary Proceeding Case No. 09-00504 (MG) |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JPMORGAN CHASE BANK, N.A., individually and as Administrative Agent for various lenders party to the Term Loan Agreement described herein, *et al.,* | : : : | |
| | : | |
| Defendants. | : | |
| | : | |

**JOINDER IN OPPOSITION TO PLAINTIFF'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**
**DISMISSING THE NON-JPMORGAN TERM**
**LENDERS' EFFECTIVENESS DEFENSE**

Certain Term Loan Lenders (collectively, "**the Defendants**") by their undersigned counsel, hereby join the Term Loan Lenders in opposing Plaintiff's Motion for Partial Summary Judgment Dismissing the Non-JPMorgan Term Lenders' Effectiveness Defense, filed on September 14, 2018 [Dkt. No. 1085], for the reasons set forth in the Term Loan Lenders' Response to Plaintiff's Motion for Summary Judgment, filed on October 12, 2018 [Dkt. No. 1097].

WHEREFORE, the Defendants respectfully request that the Court deny the Plaintiff's Motion for Partial Summary Judgment Dismissing the Non-JPMorgan Term Lenders' Effectiveness Defense and grant the Defendants such other and further relief as it deems just and proper.

Dated:    New York, New York
          October 15, 2018                        Respectfully submitted,

                                                  By: */s/ Elliot Moskowitz*
                                                      Elliot Moskowitz
                                                      Marc J. Tobak
                                                      M. Nick Sage

                                                  DAVIS POLK & WARDWELL LLP
                                                  450 Lexington Avenue
                                                  New York, New York 10017
                                                  (212) 450-4000
                                                  Email: elliot.moskowitz@davispolk.com
                                                  Email: marc.tobak@davispolk.com
                                                  Email: m.nick.sage@davispolk.com

                                                  *Attorneys for Certain Term Loan Lender*
                                                  *Defendants identified on Exhibit 1 to Dkt. No.*
                                                  *788*