**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (MG) |
| Debtors. | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | |
| Plaintiff, | |
| vs. | Adversary Proceeding |
| JPMORGAN CHASE BANK, N.A., individually and as Administrative Agent for various lenders party to the Term Loan Agreement described herein, *et al.*, | Case No. 09-00504 (MG) |
| Defendants. | |

## ORDER RE SELECTION OF ADDITIONAL REPRESENTATIVE ASSETS

The Court has received and reviewed the letters from counsel to the Avoidance Action Trust and JP Morgan Chase Bank, N.A. concerning the selection of additional representative assets for discovery and trial. (*See* ECF Doc. ## 1095 and 1096.) Counsel were unable to agree on the selection of four additional representative assets; each party has proposed four different "representative assets."

Frankly, the Court isn't persuaded by either sides arguments regarding the selection of representative assets, but the Court's objective here is to resolve as many issues as possible to facilitate further mediation and, hopefully, a consensual resolution of these disputes. Therefore, the Court orders that further proceedings (discovery, trial preparation and trial) will proceed on

1

all eight representative assets (four selected by each side).  Counsel shall meet and confer on a schedule for discovery and further pretrial proceedings.  The proposed schedule should endeavor to agree on a discovery and pretrial schedule consistent with the schedule set in the prior orders entered by the Court.

The Court will schedule another case management conference soon to discuss further proceedings.

**IT IS SO ORDERED.**

Dated:   October 16, 2018
         New York, New York

                                                        ___*Martin Glenn*_____
                                                           MARTIN GLENN
                                                    United States Bankruptcy Judge