WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (MG) |
| Debtors. | (Jointly Administered) |
| MOTORS LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrator and Trustee, | Adversary Proceeding Case No. 09-00504 (MG) |
| Plaintiff, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., individually and as Administrative Agent for Various Lenders Party to the Term Loan Agreement, *et al.*, | |
| Defendants. | |

**NOTICE REGARDING TELEPHONIC CONFERENCE**
**SCHEDULED FOR NOVEMBER 29, 2018 AT 3:00 P.M. (ET)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. The Court has scheduled a telephonic conference in the above-referenced Adversary Proceeding on **November 29, 2018 at 3:00 p.m. (Eastern Time)**, to address a discovery dispute between the parties as to whether six subpoenas that Plaintiff has issued to three current or former employees of JPMorgan Chase Bank, N.A., two former employees of Old GM, and one former employee of Cravath, Swaine & Moore LLP should be quashed because they seek testimony that is irrelevant as a matter of law.

2. Counsel for all parties may participate in the discovery conference, which will be conducted via CourtCall. Reservations for participation should be made in advance by calling CourtCall at (866) 582-6878.

3. Counsel and any party appearing at the discovery conference should be on the telephone by no later than 2:50 p.m. to make his or her appearance on the record, so that the discovery conference may commence promptly at 3:00 p.m.

Dated: November 27, 2018    New York, New York

**KELLEY DRYE & WARREN LLP**

By:   /s/ John M. Callagy
  John M. Callagy
  Nicholas J. Panarella
  Martin A. Krolewski
  101 Park Avenue
  New York, New York 10178
  Telephone: (212) 808-7800
  Email: jcallagy@kelleydrye.com

**WACHTELL, LIPTON, ROSEN & KATZ**

By:   /s/ Marc Wolinsky
  Harold S. Novikoff
  Marc Wolinsky
  Amy R. Wolf
  51 West 52nd Street
  New York, New York 10019
  Telephone: (212) 403-1000
  Email: MWolinsky@wlrk.com

**JONES DAY**

By:   /s/ C. Lee Wilson
  C. Lee Wilson
  250 Vesey Street
  New York, New York 10281
  Telephone: (212) 326-3885
  Email: clwilson@jonesday.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*