UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    :
                                                          :
                                                          :
        Motors Liquidation Company                        :         Chapter 11
                                                          :         Case No. 09-50026 (MG)
                                                          :
                                        Debtor(s)         :
-------------------------------------------------------------
MOTORS LIQUIDATION COMPANY                                :
AVOIDANCE ACTION TRUST, by and through                    :
the Wilmington Trust Company, solely in its               :
capacity as Trust Administrator and Trustee               :
                                                          :
                                                          :
                                                          :
                                                          :
                                        Plaintiff(s),     :
                                                          :         Adv. Proc. No.09-00504 (MG)
                against                                   
JPMORGAN CHASE BANK. N.A. *et al.*                        :
                                                          :
                                                          :
                                                          :
                                        Defendant(s).     :
                                                          :
-------------------------------------------------------------x

## ORDER SCHEDULING CONFERENCE

On Thursday, January 10, 2019 at 2:00 p.m., the Court will hear oral arguments on the following motions: *Plaintiff's Motion for Partial Summary Judgment Dismissing Defendants' Earmarking Defense* (ECF Doc. # 1128), *Plaintiff's Motion for Partial Summary Judgment on Effectiveness Defense* (ECF Doc. # 1085), *Plaintiff's Motion for Partial Summary Judgment on Assets at Shreveport Plant* (ECF Doc. # 1089), *Term Lenders' Motion for Partial Summary Judgment Regarding Fixtures at Shreveport Assembly* (ECF Doc. # 1081), and *Term Lenders' Motion for Order Estopping Avoidance*

1

*Action Trust from Asserting that Assets Left with Old GM Should Be Assigned KPMG OLV Values* (ECF Doc. # 1116).

**IT IS SO ORDERED.**

Dated:  November 30, 2018
    New York, New York

                                            **/s/ Martin Glenn**
                                            MARTIN GLENN
                                            United States Bankruptcy Judge