**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, f/k/a/ GENERAL MOTORS CORPORATION, *et al.*, | Case No. 09-50026 (MG) (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------------x

| | |
|---|---|
| MOTOR LIQUIDATION COMPANY AVOIDANCE ACTION TRUST, by and through the Wilmington Trust Company, solely in its capacity as Trust Administrators And Trustee, | |
| Plaintiff, | Adversary Proceeding Case No. 09-00504 (MG) |
| against | |
| JP MORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | |

-------------------------------------------------------------------x

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 2090-1(e) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, Bruce R. Grace hereby respectfully moves for entry of an order withdrawing his appearance as attorney of record for Immigon Portfolioabbau ag (formerly known as Österreichische Volksbanken Aktiengesellschaft) ("Immigon") in the above-captioned adversary proceeding. Good cause exists to grant this motion—to wit:

1. Movant has left Lewis Baach Kaufmann Middlemiss PLLC.

2. Immigon will continue to be represented by Jack B. Gordon of Lewis Baach Kaufmann Middlemiss PLLC, and

3. Movant's withdrawal will not result in prejudice or delay to any party.

Dated: April 12, 2019

Respectfully submitted,

/s/ Bruce R. Grace
Bruce R. Grace
LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC
1101 New York Avenue, N.W.
Suite 1000
Washington, DC  20005
Telephone: (202) 833-8900
Facsimile: (202) 466-5738

Attorney for Immigon Portfolioabbau ag